# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LILLIAN WEST,<br><br>                                    Plaintiff,<br>   vs.<br><br>ANHEUSER-BUSCH COMPANIES, INC. DBA SEA WORLD OF CALIFORNIA AND DOES 1 THROUGH 50 INCLUSIVE,<br><br>                                    Defendants. | CASE NO. 08cv2239<br><br>**ORDER GRANTING REQUEST FOR SUBSTITUTION OF ATTORNEY**<br><br>Doc. No. 9 |

For good cause showing, the court hereby **GRANTS** Defendant's request for substitution of attorney. (Doc. No. 9.) The Clerk of Court is instructed to add Michelle Mitchell to the CM/ECF distribution list and remove Joshua J. Richman from said list.

**IT IS SO ORDERED.**

DATED: January 20, 2009

_____
Hon. Jeffrey T. Miller
United States District Judge