# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LILLIAN WEST,<br><br>　　　　　　　　　　Plaintiff,<br>vs.<br><br>ANHEUSER-BUSCH COMPANIES, INC. DBA SEA WORLD OF CALIFORNIA AND DOES 1 THROUGH 50 INCLUSIVE,<br><br>　　　　　　　　　　Defendants. | CASE NO. 08cv2239 JM<br><br>**ORDER GRANTING JOINT MOTION TO DISMISS WITH PREJUDICE**<br><br>Doc. No. 16 |

　　　For good cause showing, the court hereby **GRANTS** the parties' Joint Motion to Dismiss and therefore **DISMISSES** the above-captioned action in its entirety with prejudice. Each party shall bear its own attorneys' fees and costs of suit.

　　　**IT IS SO ORDERED.**

DATED: April 14, 2009

　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　Hon. Jeffrey T. Miller
　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge